ANNA M. CARNEY, Respondent, v. RICHELL REALTY CORPORATION, Appellant.— Judgment reversed upon the law and the facts, with costs, and judgment

directed in favor of defendant, with costs, upon authority of *Schultheis* v. *Wohlleb* (*post*, p. 851), decided herewith. Findings of fact and conclusions of law contrary to this decision are reversed and new findings and conclusions in support thereof will be made. Young, Kapper, Hagarty, Scudder and Tompkins, JJ., concur. Settle order on notice.